**01–1503. State v. Smith.**
Mahoning App. No. 99CA256. On motion for leave to file delayed appeal. Motion granted.
F.E. SWEENEY, J., dissents.

**01–1508. State v. Hutchinson.**
Montgomery App. No. 17852. On motion for leave to file delayed appeal. Motion denied.

**01–1533. State v. Vanover.**
Hamilton App. No. C–990104. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and DOUGLAS, J., dissent.

**01–1544. Family Medicine Found., Inc. v. Bright.**
Franklin App. No. 00AP–1476. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Judgment Entry filed August 21, 2001:
"Does R.C. 1329.10(C) permit a plaintiff to commence or maintain an action solely against a fictitious name; or must the action be commenced and/or maintained against the user of the fictitious name?"
COOK and LUNDBERG STRATTON, JJ., dissent.
The conflict case is *Martin v. Bedroom Emporium* (Dec. 24, 1997), Summit App. No. 18509, unreported, 1997 WL 803081.

**01–1554. State v. O'Donnell.**
Scioto App. No. 00CA2724. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**01–1556. State v. Barkley.**
Summit App. No. 20278. On motion for leave to file delayed appeal. Motion denied.
RESNICK, J., dissents.

**01–1573. State v. Gonzalez.**
Cuyahoga App. No. 77338. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**01–1575. State v. Norman.**
Scioto App. No. 00CA2736. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**01–1584. State v. Herring.**
Summit App. No. 20302. On motion for leave to file delayed appeal. Motion denied.
RESNICK and PFEIFER, JJ., dissent.

**01–1598. State v. Bost.**
Franklin App. No. 00AP–506. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

**01–1622. State v. Clark.**
Cuyahoga App. No. 79375. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.